UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| James P. Cornelio<br>    *Plaintiff*,<br><br>    v.<br>State of Connecticut, Stavros<br>Mellekas, Debbie Jeney, John Doe,<br>Jane Doe,<br>    *Defendant*. | No. 3:19-cv-1240 (JAM) |

## **JUDGMENT**

This action came for consideration on defendant's motion to dismiss [17] before the Honorable Jeffrey Alker Meyer, United States District Judge. On November 30th, 2020, the Court entered an Order granting the motion with prejudice for failure to state a claim on which a relief may be granted. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants, and the case is closed.

Dated at New Haven, Connecticut this 1st day of December 2020.

EOD:<u>12/1/2020</u>

                                                ROBIN D. TABORA, Clerk

                                                By <u>/s/ Tiffany Nuzzi</u>
                                                   Deputy Clerk