| | |
|---|---|
| JAMES P. CORNELIO, <br>    *Plaintiff,* <br> <br>   v. <br> <br> STATE OF CONNECTICUT, ET AL., <br>   *Defendants.* | ) <br> ) <br> ) <br> )   No. 3:19-cv-01240 (JAM) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**(Fed. R. Civ. P. 56)**

Comes now James P. Cornelio, by and through undersigned counsel,

Plaintiff in the above-captioned case, and, pursuant to Federal Rule of Civil

Procedure 56, does hereby move the Court for summary judgment in his favor

as to his surviving claim – that Conn. Gen. Stats. §§ 54-251(a) and 54-253(b),

to the extent they require persons subject to those statutes to notify the

Connecticut Department of Emergency Services and Public Protection

(DESPP) of any "electronic mail, instant message address, or other similar

Internet communication identifier" and to further notify DESPP of any new

or changed "electronic mail, instant message address, or other similar

Internet communication identifier," are overbroad in violation of the 1st and

14th Amendments to the United States Constitution.

The basis for Plaintiff's Motion is that there are no genuine issues of material fact and that Plaintiff is entitled to judgment as a matter of law.

Plaintiff respectfully requests the following relief:

1.      That the Court issue a declaratory judgment, pursuant to 28 U.S.C. §§ 2201 and 2202, that Conn. Gen. Stats. §§ 54-251(a) and 54-253(b) are overbroad in violation of the 1st and 14th Amendments to the United States Constitution in so far as they require persons subject to those statute to provide and update "electronic mail address[es], instant message address[es], or other similar Internet communication identifier[s]"; and

2.      That the Court issue a permanent injunction barring state officials from requiring persons to provide electronic mail addresses, instant message addresses, or other similar Internet communication identifiers pursuant to §§ 54-251(a) or 54-253(b) and barring prosecution for failure to provide electronic mail addresses, instant message addresses, or other similar Internet communication identifiers under §§ 54-251(a) and 54-253(b); and

3.      For any and all such other relief as may be just and proper in this case.

Respectfully submitted this 20th day of February 2023.

/s/ *Paul M. Dubbeling*
Paul M. Dubbeling
P.M. Dubbeling, PLLC
210 North Columbia Street
Chapel Hill, NC 27514
Telephone: (919) 635-6005
Fax: (919) 404-7074
N.C. Bar No. 40714
Email: paul.dubbeling@pmdubbeling.com
*Admitted Pro Hac Vice*

## Certification

I hereby certify that on February 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties via the Court's CM/ECF system.

/s/ *Paul M. Dubbeling*
Paul M. Dubbeling