Civil- (Dec-2008)

**HONORABLE:** Robert M. Spector
**DEPUTY CLERK:** Nick Langello
**RPTR/ECRO/TAPE:** Diana Huntington
**TOTAL TIME:** 1 hours 16 minutes
**DATE:** 5/10/2023  **START TIME:** 3:03 PM  **END TIME:** 4:19 PM
**LUNCH RECESS** FROM: _____ TO: _____
**RECESS** (if more than ½ hr) FROM: _____ TO: _____

**CIVIL NO.** 3:19-cv-01240-JAM

Cornelio                                                           R. Berke
                                                                   Plaintiff's Counsel
           vs
Connecticut et al                                                  J. Belforti
                                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..# ____ Motion Motions for Summary Judgment  ☐ granted ☐ denied ☑ advisement
☑ …..# ____ Motion for Sanctions                  ☐ granted ☐ denied ☑ advisement
☐ …..# ____ Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____                          ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____                                     ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: